## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **MANITTO TECHNOLOGIES, L.L.C.,** | Case No. 2:14-cv-1105-RWS [Consolidated Lead Case] |
| Plaintiff, | |
| v. | |
| **FERRARI NORTH AMERICA, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |
| **MANITTO TECHNOLOGIES, L.L.C.,** | Case No. 2:14-cv-1113-RWS [Consolidated Non-Lead Case] |
| Plaintiff, | |
| v. | |
| **KIA MOTORS AMERICA, INC.,** | |
| Defendant. | |

## ORDER OF DISMISSAL OF KIA MOTORS AMERICA, INC.

In light of the settlement agreement between Plaintiff Manitto Technologies, LLC ("Manitto"), and Defendant, Kia Motors America, Inc. ("Kia"), and the parties stipulation of dismissal, it is hereby ORDERED that all claims and counterclaims made by Manitto and Kia against each other in this action are dismissed WITH PREJUDICE.  Each party shall bear its own costs, expenses and attorneys' fees.  The Clerk is ORDERED to terminate Defendant Kia from the consolidated lead case, case number 2:14-cv-1105, and close the member case, case number 2:14-cv-1113.

**So ORDERED and SIGNED this 5th day of October, 2015.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE